UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL JENKINS, JR.,

    Petitioner,               Civil No. 2:25-cv-10313
                                       HONORABLE DENISE PAGE HOOD

v.

JAMES R. SCHIEBNER,

    Respondent.
_____/

## OPINION AND ORDER GRANTING PETITIONER'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE HIS POST-CONVICTION MOTION FOR RELIEF FROM JUDGMENT WITH THE STATE COURT

Samuel Jenkins, ("Petitioner"), filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court granted Petitioner's motion to stay and held the petition for a writ of habeas corpus in abeyance so that Petitioner could exhaust additional claims in the state courts. Petitioner was given ninety (90) days to file his post-conviction motion for relief from judgment in the state court.

Petitioner has filed a motion for an enlargement of time to file his post-conviction motion with the state trial court. Petitioner claims that he needs additional time to file his post-conviction motion for relief from judgment

1

because he needs to obtain legal documents from the state courts that are necessary for the preparation of his motion as well as collecting affidavits from witnesses that will support his claims. Petitioner is incarcerated and is representing himself *pro se* without the assistance of counsel, which he claims will make it difficult for him to obtain all of this information.

A federal district court has the power to extend the stay of a habeas petition, particularly where the respondent does not oppose the extension of the stay. *See e.g. Roberts v. Norris,* 415 F.3d 816, 819 (8th Cir. 2005). Petitioner did all that he could reasonably do to file his state post-conviction motion for relief from judgment on time, but was "prevented in some extraordinary way" from filing the motion with the state courts on time. Accordingly, an extension of time should be granted to Petitioner. *See Schillereff v. Quarterman*, 304 F. App'x 310, 314 (5th Cir. 2008).

Accordingly,

IT IS ORDERED that the motion for an enlargement of time to file a post-conviction motion for relief from judgment (ECF No. 10) is **GRANTED**. Petitioner has one hundred and eighty (180) days from the date of this order to file his post-conviction motion for relief from judgment with the Genesee County Circuit Court. Petitioner is still required to return to federal court within ninety (90) days of completing the exhaustion of state court post-

conviction remedies, should he not prevail in the state courts and file a motion to reopen this case for further proceedings.

                                              s/Denise Page Hood
                                              DENISE PAGE HOOD
                                              United States District Judge

Dated:  November 10, 2025