UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL JENKINS, JR.,

      Petitioner,

v.

      Civil No. 2:25-cv-10313
      HONORABLE DENISE PAGE HOOD

JAMES R. SCHIEBNER,

      Respondent.

_____/

**OPINION AND ORDER GRANTING PETITIONER'S MOTION FOR NOTICE OF FILING HIS POST-CONVICTION MOTION FOR RELIEF FROM JUDGMENT WITH THE STATE COURT (ECF No. 12)**

Samuel Jenkins, ("Petitioner"), filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On September 30, 2025, the Court granted Petitioner's motion to stay his petition and held the petition for a writ of habeas corpus in abeyance so that Petitioner could exhaust additional claims in the state courts. Petitioner was given ninety (90) days to file his post-conviction motion for relief from judgment in the state court. On November 10, 2025, the Court subsequently granted Petitioner an additional one hundred and eighty (180) days to file his post-conviction motion with the state court.  Petitioner filed a motion indicating that he has complied with the terms of the order staying his petition by timely filing a motion for relief from judgment with the state court on April 24, 2026. (ECF No. 12).

1

Accordingly,

IT IS ORDERED that the Motion for Notice of Filing a Motion for Relief from Judgment (ECF No. 12) is GRANTED.  The Court acknowledges Petitioner's compliance with the order and will continue the stay.  If Petitioner does not obtain relief in the state courts, Petitioner shall file a motion to lift the stay using the same caption and case number within ninety (90) days of completing the exhaustion of state court post-conviction remedies, should he not prevail in the state courts.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

Dated:  July 1, 2026

2